**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) ANDREW KYLE CHISM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-CV-227-JED-TLW |
| | ) | |
| (2) THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, a foreign corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Andrew Kyle Chism and Defendant The Travelers Home and Marine Insurance Company, and, pursuant to Fed. R. Civ. P. 41(c), stipulate the above-captioned cause may be dismissed with prejudice for the reason that the parties have reached a compromise settlement covering all claims.

Respectfully submitted,

s/Tom J. Sullivent
Tom J. Sullivent, OBA #17147
Sid Martin, OBA #10892
1800 S. Baltimore, Suite 1050
Tulsa, OK 74119
Telephone:    (918) 295-8300
Facsimile:    (918) 295-8302
*Attorneys for Plaintiff*

and

                s/Thomas A. Paruolo
                Thomas A. Paruolo, OBA #18442
                Melanie K. Christians, OBA #30846
                NELSON TERRY MORTON DeWITT
                PARUOLO & WOOD
                P.O. Box 138800
                Oklahoma City, OK  73113
                Telephone:  (405) 705-3600
                Facsimile:  (405) 705-2573
                tom@ntmdlaw.com
                mchristians@ntmdlaw.com
                *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of January 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Thomas A. Paruolo, OBA #18442
Melanie K. Christians, OBA #30846
NELSON TERRY MORTON DeWITT
    PARUOLO & WOOD
P.O. Box 138800
Oklahoma City, OK  73113
Telephone:  (405) 705-3600
Facsimile:  (405) 705-2573
tom@ntmdlaw.com
mchristians@ntmdlaw.com
*Attorneys for Defendant*

                s/Tom J. Sullivent